UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY LEE DOTSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHANDLER, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-0710 JAM KJN P<br><br><br>FINDINGS & RECOMMENDATIONS |

　　　　Plaintiff is a former state prisoner, proceeding pro se. By order filed December 11, 2020, plaintiff's amended complaint was dismissed and thirty days leave to file a second amended complaint was granted. Thirty days from that date have now passed, and plaintiff has not filed a second amended complaint, or otherwise responded to the court's order.

　　　　Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **fourteen** days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that

////

1

failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  January 26, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/dots0710.fta2